```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 10888
   DANNY T TOLLIVER
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-5333


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
       The case was filed on 06/18/2007 and was not confirmed.

       The case was dismissed without confirmation 08/01/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                               PAID         PAID
--------------------------------------------------------------------------------

CITIFINANCIAL AUTO CREDI  SECURED                  .00           .00          .00
GENERAL MOTORS ACCEPTANC  SECURED NOT I  NOT FILED              .00          .00
SAXON MORTGAGE            CURRENT MORTG        .00              .00          .00
SAXON MORTGAGE            MORTGAGE ARRE        .00              .00          .00
TOYOTA MOTOR CREDIT       SECURED NOT I  NOT FILED              .00          .00
AFNI INC                  UNSECURED      NOT FILED              .00          .00
ASSET ACCEPTANCE LLC      UNSECURED        16695.12             .00          .00
CHEVRON CREDIT BANK       UNSECURED          339.25             .00          .00
CITGO/CITI                UNSECURED      NOT FILED              .00          .00
CRED PROTECTION ASSOCIAT  UNSECURED      NOT FILED              .00          .00
DISCOVER FINANCIAL SERVI  UNSECURED         2236.02             .00          .00
HB RHODES                 UNSECURED      NOT FILED              .00          .00
HSBC NV                   UNSECURED      NOT FILED              .00          .00
NCO FINANCIAL SERVICES    UNSECURED      NOT FILED              .00          .00
MARATHON PETROLEUM        UNSECURED          681.43             .00          .00
MBNA AMERICA              UNSECURED      NOT FILED              .00          .00
MONOGRAM BANK N AMERICA   UNSECURED      NOT FILED              .00          .00
TARGET NATIONAL BANK      UNSECURED         1103.62             .00          .00
VERIZON WIRELESS          UNSECURED      NOT FILED              .00          .00
ROUNDUP FUNDING LLC       UNSECURED          272.57             .00          .00
ROUNDUP FUNDING LLC       UNSECURED          784.97             .00          .00
AMERICAN GENERAL FINANCE  UNSECURED          535.59             .00          .00
RESURGENT CAPITAL SERVIC  UNSECURED          778.43             .00          .00
BENNIE W FERNANDEZ        DEBTOR ATTY          .00                           .00
TOM VAUGHN                TRUSTEE                                            .00
DEBTOR REFUND             REFUND                                             .00


         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                           RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                         .00

PRIORITY                                              .00
SECURED                                               .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 10888 DANNY T TOLLIVER
```

```
UNSECURED                                                              .00
ADMINISTRATIVE                                                         .00
TRUSTEE COMPENSATION                                                   .00
DEBTOR REFUND                                                          .00
                                   ---------------        ---------------
TOTALS                                        .00                      .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 12/03/07                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE